IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN L. ALLISON III,

                Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of the Social Security Administration;

                Defendants.

8:25CV181

ORDER

      This matter is before the Court on the parties' joint stipulation for attorney fees (Filing No. 17) and the plaintiff's petition for attorney fees (Filing No. 16) under the Equal Access to Justice Act ("EAJA"), which authorizes an award of reasonable attorney fees and other expenses in certain civil actions brought "against the United States." *See* 28 U.S.C. § 2412(d)(1)(A).

      The plaintiff initially asked the Court to award him $12,175.49 in attorney fees together with $405 as reimbursement for the filing fee. (Filing No. 16 at 2). The parties, however, reached an agreement on the amount of attorney fees. They agree the Court should award plaintiff John L. Allison III attorney fees in the amount of $9,500 as compensation for all legal services his counsel rendered in this case. The parties further agree that the plaintiff should be awarded costs in the amount of $405 from the Judgment Fund administered by the United States Treasury to cover his filing fee.

      The parties explain their stipulation is a compromise settlement of the plaintiff's request for attorney fees and other expenses that was filed with the Court. In accordance with *Astrue v. Ratliff*, 560 U.S. 586, 589-90 (2010), the parties acknowledge the EAJA attorney-fee award is

payable directly to the plaintiff and subject to offset to satisfy any pre-existing debt he may owe to the United States.

After careful review, including the documents attached to the plaintiff's motion for attorney fees ([Filing No. 16-1](); [Filing No. 16-2](); [Filing No. 16-3](); [Filing No. 16-4]()), the Court finds the parties' joint stipulation should be approved. The compromise fee award satisfies the EAJA's statutory requirements, *see* [28 U.S.C. § 2412(d)(1)(A)](), and is reasonable under the circumstances of this case. The Court will also grant the plaintiff's motion for attorney fees in part but will modify the amount of the award to reflect the parties' joint stipulation. Accordingly,

**IT IS ORDERED:**

1. The parties' joint stipulation for attorney fees under the Equal Access to Justice Act ([Filing No. 17]()) is approved.
2. The plaintiff's petition for attorney fees under the Equal Access to Justice Act ([Filing No. 16]()) is granted in part and denied in part, as set forth above.
3. Plaintiff John L. Allison III is awarded attorney fees in the amount of $9,500 and costs in the amount of $405, subject to any administrative offset required to satisfy any pre-existing debt he may owe to the United States.
4. The Social Security Administration shall make the fee award payable to the plaintiff and deliver the payment to Kappelman Law Firm at its address of record.
5. A separate judgment will be entered.

Dated this 9th day of September, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge